THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN PRICE, Appellant.

(Argued February 26, 1890; decided March 18, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made July 6, 1889, which affirmed a judgment entered upon a verdict convicting the defendant of grand larceny.

*Peter Mitchell* for appellant.

*Hugh Reilly* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.

ELIZABETH GOODYEAR, as Administratrix, etc., Appellant, *v.* JOHN B. ADAMS et al., Impleaded, etc., Respondents.

(Argued February 26, 1890; decided March 18, 1890.)

·APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made April 30, 1889, which affirmed a judgment in favor of defendants entered upon the report of a referee.

*S. Mack Smith* for appellant.

*S. C. Millard* for respondents.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.